```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    ORDER OF CONTINUANCE
                                     :
            - v. -                   :
                                     :    18 Mag. 10663
TODD KOZEL,                          :
                                     :
                  Defendant.         :
                                     :
- - - - - - - - - - - - - - - - - - x
```

⬜ ORIGINAL

Upon the application of the United States of America and the affirmation of Sarah E. Paul, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 1343, 1349, and 1956(h), as well as 18 U.S.C. § 2, in a complaint dated December 14, 2018, and that the defendant was arrested on December 18, 2018;

It is further found that the defendant was presented before Magistrate Judge Debra Freeman on December 18, 2018, and released the following day on a set of bail conditions;

It is further found that David Meister, Esq., counsel for defendant, and Assistant United States Attorney Sarah E. Paul have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the disposition of this case and that the

defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until February 18, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Sarah E. Paul be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       January 17, 2019

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK